UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------- x

EDNA MITCHELL-MIRANDA,

                         Plaintiff,

            -against-

CITY OF NEW YORK; NEW YORK CITY
DEPARTMENT OF CORRECTIONS; CORRECTIONS
OFFICERS BENEVOLENT ASSOCIATION; HEALTH
MANAGEMENT DIVISION, NEW YORK CITY
DEPARTMENT OF CORRECTIONS; DR. LOWE
H.M.D.; DR. SACH H.M.D.; CAPTAIN BARRETT,
H.M.D.; CAPTAIN HEWLETT O.B.C.C.; CAPTAIN
SPENCER O.B.C.C.; OFFICER BROCKINGTON
O.B.C.C.; OFFICER JENNINGS O.B.C.C.; CAPTAIN
REGISTER O.B.C.C.; ALLEN BLAKE, CORRECTIONS
OFFICERS BENEVOLENT ASSOCIATION; DPW
MOORE O.B.C.C.; and OFFICER LEWIS H.M.D.,

                         Defendants.

---------------------------------------------------------------------- x

**NOTICE OF APPEARANCE**

08-Civ.-4031 (JGK)(NKF)

      **PLEASE TAKE NOTICE** that Assistant Corporation Counsel Robert J. Anderson of the Office of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for defendants CITY OF NEW YORK ("City"), NEW YORK CITY DEPARTMENT OF CORRECTIONS ("DOC"), and the DOC's HEALTH MANAGEMENT DIVISION, NEW YORK CITY DEPARTMENT OF CORRECTIONS ("HMD"), (collectively, the "Served City

Defendants") in the above-captioned action, shall now appear in this matter for said Served City

Defendants.

Dated:       New York, New York
             May 30, 2008

                                    Respectfully Submitted,


                                    **MICHAEL A. CARDOZO**
                                    Corporation Counsel of the City of New York
                                    Attorney for Served City Defendants
                                    100 Church Street, Room 2-124
                                    New York, New York 10007-2601
                                    Tel: (212) 788-0860
                                    Fax: (212) 788-8877


                                    By:   **ECF**:                    /s/
                                          ROBERT J. ANDERSON
                                          Assistant Corporation Counsel


TO:    **ANDREW J. SCHATKIN**
       Attorney for Plaintiff
       350 Jericho Turnpike
       Jericho, New York 11753

08-Civ.-4031 (JGK)(NKF)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDNA MITCHELL-MIRANDA,

Plaintiff,

-against-

CITY OF NEW YORK, et al.,

Defendants.

**NOTICE OF APPEARANCE**

**MICHAEL A. CARDOZO**
*Corporation Counsel of the City of New York*
Attorney for Served City Defendants
100 Church Street, Room 2-124
New York, NY  10007-2601

Of Counsel: Robert J. Anderson
Tel:  (212) 788-0860

Law Dep't Matter No.: 2008-019440

*Due and timely service is hereby admitted.*

*Dated:*................................, N.Y.   ......................, 2008

*Signed:*  ........................................................................

*Print Name:*  .................................................................

*Attorney for*:  ...............................................................