

| | THE CITY OF NEW YORK | |
|---|---|---|
| MICHAEL A. CARDOZO<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007-2601 | ROBERT J. ANDERSON<br>Telephone: (212) 788-0860<br>Fax: (212) 788-8877<br>Fax Not For Service of Papers<br>randerso@law.nyc.gov |

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/9/08

May 29, 2008

<u>**BY FACSIMILE TRANSMISSION TO 212-805-6712**</u>
Honorable Kevin N. Fox
United States Magistrate Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 540
New York, New York 10007-1312

APPLICATION GRANTED
SO ORDERED
John G. Koeltl, U.S.D.J.    6/8/08

Re: Mitchell-Miranda v. City of New York, et al.
    08-Civ.-4031 (JGK)(NKF)
    Law Dep't Matter No.: 2008-019440

Dear Judge Fox:

       I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for defendants THE CITY OF NEW YORK ("City"), THE NEW YORK CITY DEPARTMENT OF CORRECTION ("DOC"), and the DOC's HEALTH MANAGEMENT DIVISION, (collectively, the "Served City Defendants") in the above-referenced action in which plaintiff alleges violations of Title VII and the Americans with Disabilities Act. With the consent of plaintiff's counsel I write to respectfully request that the time for all defendants to respond to the complaint be extended until July 18, 2008. No prior requests for an extension have been made.

       First, I apologize for the lateness of this request. However, a close family member of mine passed away the day before the instant case was assigned to me, and I suddenly found myself in the midst of making plans to attend memorial and funeral services outside of the state for the remainder of last week. My absence from the office extended until today, however, due to a head injury I suffered on May 23rd. Today's requested extension is made to afford the Served City Defendants the opportunity to investigate the legal and factual allegations in the complaint. In addition, it will enable this office to determine if the individually-named City defendants have ever been served with the summons and complaint, and, if so, to make a determination in accord with General Municipal Law § 50-k whether this office may represent the individually-named City defendants, who must then decide whether they wish to be

**HONORABLE KEVIN N. FOX**
United States Magistrate Judge
<u>Mitchell-Miranda v. City of New York, et al.</u>
08-Civ.-4031 (JGK)(NKF)
May 29, 2008
Page 2

represented by the Corporation Counsel. Accordingly, it is respectfully requested that the Court grant an enlargement of defendants' time to respond to the complaint, until July 18, 2008.

      We thank the Court for its consideration of this request.

                                                   Respectfully Submitted,

                                                   Robert J. Anderson
                                                   Assistant Corporation Counsel

cc:    Andrew J. Schatkin
       Attorney for Plaintiff
       (By Facsimile Transmission)