USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/29/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDNA MITCHELL-MIRANDA,

              Plaintiff,        08 Civ. 4031 (JGK)

   - against -               ORDER

CITY OF NEW YORK, et al.,

              Defendants.

JOHN G. KOELTL, District Judge:

Another conference is scheduled for **September 18, 2008 at 4:30 p.m.** The plaintiff may file an amended complaint by **August 15, 2008**, with the consent of the only appearing defendant.

SO ORDERED.

Dated:    New York, New York
          July 28, 2008

                                        John G. Koeltl
                                 United States District Judge