UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
            :
EDNA MITCHELL-MIRANDA,
            :
                Plaintiff,
            :
      -against-                                          ORDER
            :
THE CITY OF NEW YORK, ET AL.             08 Civ. 4031 (JGK)(KNF)
            :
                Defendants.
------------------------------------------------------------X

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      A telephonic conference was held with counsel to the respective parties on July 27, 2009, to address certain discovery disputes that had been brought to the Court's attention via correspondence. As a result of the discussion had during the conference, IT IS HEREBY ORDERED that:

1.    on or before August 7, 2009, the plaintiff shall supplement her responses to the defendants' discovery demands; and

2.    on or before August 14, 2009, defendants Correction Officers Benevolent Association and Allan Blake may resume the deposition of the plaintiff they commenced on July 1, 2009.

Dated: New York, New York
         July 29, 2009

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE