UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

EDNA MITCHELL-MIRANDA,           :

          Plaintiff,           :

      -against-           :           ORDER

CITY OF NEW YORK, ET AL.,           :           08 Civ. 4031 (JGK)(KNF)

          Defendants.           :

------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/24/09
```

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    IT IS HEREBY ORDERED that a telephonic conference shall be held in the above-captioned action on September 28, 2009, at 11:30 a.m. The telephonic conference shall be initiated by counsel to the plaintiff to (212) 805-6705.

Dated: New York, New York
       September 24, 2009        SO ORDERED:

                                                     _____
                                                   KEVIN NATHANIEL FOX
                                                   UNITED STATES MAGISTRATE JUDGE